UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| RICHARD DAVID HALL, JR. ) | No. 2:18-CR-179 |
| PAULA SUE ANSON ) | JUDGE Greer |
| TRAVIS ALLEN REECE ) | |
| JOSHUA DAVID KOPE ) | TO BE SEALED |
| JOSHUA STEVEN LONG ) | |
| WENDY GLENITA CAMPBELL ) | |
| BRADLEY ALLEN WILLS ) | |
| DANIEL RAY WINTERS ) | |

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and hereby moves to seal all documents in this case, including the Motion to Seal, until such time as the defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendants.

Respectfully submitted, this the 14th day of November, 2018.

J. DOUGLAS OVERBEY
United States Attorney

BY: *s/J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney